UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 15000
    JASON A VOJCIK

                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-9154

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/15/06 and confirmed on 03/28/07.

    2.  The case was dismissed after confirmation, 04/25/2008.

    3.  The Debtor paid a total of $ 17296.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY HOME LOAN | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY HOME LOAN | MORTGAGE ARRE | 14735.66 | .00 | 14735.66 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | .00 | .00 | 1840.00 |
| CAPITAL ONE BANK | UNSECURED | 4429.41 | .00 | .00 |
| B REAL LLC | UNSECURED | 6063.45 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 761.94 | .00 | .00 |
| DELL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 478.62 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 608.81 | .00 | .00 |
| MAUI MEMORIAL MED CTR | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL PLACEMENT S | UNSECURED | NOT FILED | .00 | .00 |
| STATEWIDE | UNSECURED | 112.69 | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 5747.02 | .00 | .00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 16760.91 | .00 | .00 |
| UNITED GUARANTY RESIDENT | SECURED | .00 | .00 | .00 |
| CARDIAC IMAGING OF AMERI | FILED LATE | .00 | .00 | .00 |

                Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14735.66 | .00 | 34962.85 | .00 | 49698.51 |
| PRINCIPAL PAID | 16575.66 | .00 | .00 | .00 | 16575.66 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 16575.66 | .00 | .00 | .00 | 16575.66 |

The Debtor's attorney, DEVONA & ASSOC             , was allowed $        .00
and was paid $        .00 .

The Trustee received $     720.34 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                    /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE












                           PAGE  2
        CASE NO. 06 B 15000 JASON A VOJCIK